FILED
2017 Jun-12 AM 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** William Naugher | **From:** Cincinnati Area Office<br>John W. Peck Fed. Bldg<br>550 Main St Room 10-019<br>Cincinnati, OH 45202 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2016-00290 | William D. Coleman, Investigator | (513) 684-7337 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Melanie Breen* (signature)

**MAR 1 3 2017**

Enclosures(s)

Melanie L. Breen,
Area Office Director

*(Date Mailed)*

cc:
Shannon King
Human Resources Manager
INLAND MARINE SERVICE
1700 Petersburg Road
Hebron, KY 41048

Lee D. Winston
THE LAW OFFICES OF WINSTON COOKS
Two - North 20th Street
Suite 1330
Birmingham, AL 35203

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☐ EEOC | 420-2016-00290 |

and EEOC

| NAME (Indicate Mr., Ms., Mrs.) William Naugher | HOME TELEPHONE (Include Area Code) 205-505-0665 |
|---|---|

| STREET ADDRESS | DATE OF BIRTH |
|---|---|
| [redacted] | 11/19/87 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include |
|---|---|---|
| INLAND MARINE SERVICES | | |

| STREET ADDRESS PO BOX 598 Hebron, Ky. 41048 | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE EARLIEST
October 30, 2015

☐ CONTINUING

EEOC [illegible stamp]
MAR 1[?]
RECEIVED

[Notary seal: SHARON L SULTIS, NOTARY PUBLIC, ALABAMA STATE AT LARGE]
Sharon L. Sultis [signature]

EEOC [illegible stamp]
MAR 18 20[?]
RECEIVED

THE PARTICULARS ARE:: CHARGE OF WILLIAM NAUGHER

In July 2015, I began working for Inland Marine Services as a tanker man. Approximately five weeks ago, Jeremy Mauler (sic) became captain of the ship Chandy N. I was assigned to that ship. Mauler instructed myself and all employees that we cannot call the office without asking him on any matter or it would be immediate termination.

Within the first week of Mauler's employment, he began engaging in sexual harassment. He asked me if I wanted to touch his penis, he said he was going to sneak into my bunk room. He said he was going to touch himself tonight. Every single day, he made comments about his penis and touching penises.

At times, he would be present when I came out of the bathroom and bump his body against mine back into the bathroom. One morning in the ship galley, I reached up to turn off the air conditioning, Captain Mauler, grabbed my inner thigh and started laughing. I jumped back and told him in no uncertain terms "that is not fucking cool". He continued laughing and asked me where I was going.

A few days, the Captain started a confrontation with me. I requested to talk to the office in the morning about the treatment, the captain confined me to the galley or the bunk. I objected to imprisonment and requested to get off the boat. I purchased an airplane ticket home.

The following day, Monday October, 26, 2015, I spoke with Craig Burris at the home office. I explained to him the sexual harassment and the subsequent confrontation. Mr. Burris said that I can see that happening "playing around". I have worked on many tow boats and never has Captain continually made comments about penises nor asked me to sexually touch him or touch me. Four days later, on Friday, October 30, 2015, I was terminated. There is no effective sexual harassment policy, nor was Captain Mauler properly trained.

　　The company discriminates on the basis of sex and retaliation in violation of the Civil Rights Act of 1964, As Amended, by the Civil Rights Act of 1991.
I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT

_William Naugher_　　3/16/16
William Naugher　　Date