FILED
 2017 Oct-10  PM 04:10
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM NAUGHER, ] | |
| ] | |
|    Plaintiff, ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.** |
| ] | **1:17-CV-982-KOB** |
| INLAND MARINE SERVICE, ] | |
| INC., ] | |
| ] | |
|    Defendant. ] | |

## ORDER

This matter is before the court on the Defendant's "Motion to Dismiss Or, In The Alternative, Transfer Venue" (doc. 11).  In light of Plaintiff's "Notice of Non-Objection To Transfer To Eastern District of Kentucky" (doc. 14), filed in response to this court's Order to Show Cause (doc. 13), the court GRANTS Defendant's motion to transfer venue and hereby DIRECTS the Clerk of Court to transfer this case to the United States District Court for the Eastern District of Kentucky.

**DONE** and **ORDERED** this 10th day of October, 2017.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE